UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**EMILY J.,**

    **Plaintiff,**

    v.                              Case No. 2:23-cv-4114
                                      JUDGE EDMUND A. SARGUS, JR.
                                      Magistrate Judge Stephanie K. Bowman

**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION,**

    **Defendant.**

## ORDER

    This matter is before the Court on the parties' Joint Motion, entitled Joint Motion for an Award of Attorneys' Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (ECF No. 14.) The Court hereby **GRANTS** the parties' Joint Motion and awards Plaintiff EAJA fees in the amount of $3,002.00. After the Court enters this award, counsel for the parties shall verify that Plaintiff owes no pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel.

    The case remains terminated on the docket of this Court.

    **IT IS SO ORDERED.**

**9/19/2024**                                          s/Edmund A. Sargus, Jr.
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**